NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT D. PRINKEY,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7138

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-3277, Judge Lawrence B. Hagel.

---

**ON MOTION**

---

**ORDER**

Robert D. Prinkey moves without opposition for a 30-day extension of time, until November 16, 2012, to file his opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

ROBERT PRINKEY V. SHINSEKI                                    2

  The motion is granted.  No further extensions should be anticipated.

         FOR THE COURT

         /s/ Jan Horbaly
         Jan Horbaly
         Clerk

s27